POWIS-BROWN, INC., Respondent, v. MAI TEWKESBURY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten

dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.